# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDRE JOHNLEWIS

VERSUS

APACHE INDUSTRIAL SERVICES,
INC., GREAT LAKES DREDGE &
DOCK COMPANY, LLC AND
BOLLINGER SHIPYARDS, L.L.C.

NO.   2022 CW 1319

**MARCH 6, 2023**

In Re:   Great Lakes Dredge & Dock Company, LLC, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 709176.

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_α.SₙО_

DEPUTY CLERK OF COURT
FOR THE COURT